**Fill in this information to identify the case:**

Debtor 1    SHIRLEY BURTON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 19-14289-amc

# Form 4100R

# Amended Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

**Name of Creditor:**    Mortgage Assets Management, LLC    **Court claim no. (if known):** 2

**Last 4 digits** of any number you use to identify the debtor's account: 3696

**Property address:**    611 N 55th St
Number  Street
Philadelphia, PA 19131
City        State      ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on: _____
                                                                MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.  Total postpetition ongoing payments due:                          (a) $ 0.00

   b.  Total fees, charges, expenses, escrow, and costs outstanding:
       05/11/2023: Insurance advance in the amount of $1,040.00          +(b) $ 1,976.44
       03/12/2024: Insurance advance in the amount of $1,128.00;
       less funds received on 05/20/2024 and 06/24/2024, in the
       respective amounts of $148.52 and $43.04

   c.  **Total**. Add lines a and b.                                     (c) $ 1,976.44

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became    N/A _____
   due on:                                                            MM/DD/YYYY

Debtor1 __SHIRLEY BURTON_____        Case number *(if known)* 19-14289-amc
    First      Middle      Last

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

    ✖ /s/Ryan Starks_____        Date 08/28/2024
      Signature

Print     Andrew Spivack_____        Title   Attorney_____
      First Name     Middle Name     Last Name

Company   Brock & Scott, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3825 Forrestgate Dr.___
      Number        Street

      Winston-Salem, NC 27103___
      City        State    ZIP Code

Contact phone  844-856-6646   Email PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SHIRLEY BURTON<br><br>MORTGAGE ASSETS MANAGEMENT, LLC,<br>    Movant<br><br>vs.<br><br>SHIRLEY BURTON ,<br>    Debtor | Case No. 19-14289-amc<br>Chapter 13 |

## <u>CERTIFICATE OF SERVICE</u>

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Amended Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Peter D Schneider, Debtor's Attorney
1424 Chestnut Street
Philadelphia, PA 19102
pschneider@clsphila.org


Kenneth E. West, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

US Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Via First Class Mail:

Shirley Burton
611 N 55th St
Philadelphia, PA 19131


Date: <u>August 28, 2024</u>

<div style="margin-left:40%;">

<u>/s/Ryan Starks</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>

Fill in this information to identify the case:

Debtor 1    Shirley Burton

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 19-14289-mdc

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: <u>MORTGAGE ASSETS MANAGEMENT, LLC</u>    Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 1537

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

■ Yes. Date of the last notice: 7/19/2022

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

|  | **Description** | **Date Incurred** |  | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow): Hazard Insurance | 5/11/2023 | (9) | $1,040.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Charles G. Wohlrab _____        Date  05/18/2023 _____

       Signature

Print     Charles G. Wohlrab, Esq. _____        Title  Authorized Agent _____
       First Name        Middle Name        Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address     130 Clinton Rd #202
       Number            Street

       Fairfield, NJ 7004
       City            State        ZIP Code

Contact Phone   470-321-7112        Email  cwohlrab@raslg.com

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___May 24, 2023___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Shirley Burton
611 N 55th St
Philadelphia, PA 19131

***And via electronic mail to:***

PETER D SCHNEIDER
Community Legal Services, Inc.
1424 Chestnut Street
PHILADELPHIA, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107


By: /s/ Kristen Harold

**PHH MORTGAGE**

PHH Mortgage Services
Internal Payoff Statement

Data Update Date: 5/12/2023

| | |
|---|---|
| Loan Skey: | ███████ |
| Loan Number: | ███████ |
| Borrower Last Name: | BURTON |
| Property Address | 611 N 55TH ST, PHILADELPHIA, PA 19131 |

| | |
|---|---|
| As of Date: | 05/13/2023 |
| Good through Date: | 05/13/2023 |
| Principal Advances: | $ 63,894.30 |
| Interest: | $ 60,240.95 |
| Interest Rate Type | Fixed |
| Current Interest Rate | 5.63 |
| MIP: | $ 115.33 |
| MIP Rate | 0.50 |
| Servicing Fees: | $ 1,695.34 |
| Corporate Advances: | $ 1,120.00 |
| Intra Month Per Diem Total: | $ 274.75 |
| Total Amount Due: | $ 127,340.67 |
| Per Diem Post Good Through Date** | 21.41 |

*NOTE: this is a not an external payoff and should not be relied upon if the loan is to be paid in full

**per diem is as of the date generated. Any advances incurred between the as of date and the good through date will increase per diem and will not be included here.



**PHH Mortgage Services**

**Loan Balance History**

User: lingsmit  Run Time: 5/13/2023 2:56:56 AM
Loan Skey: ⬛⬛⬛  Good Through Date: 5/13/2023 12:00:00 AM

**Report Description:** Displays all the transactions for the selected loan

| | |
|---|---|
| Loan Skey: ⬛⬛⬛ | Propery Address: 611 N 55TH ST, Philadelphia, PA, 19131 |
| Borrowers Last Name: BURTON | Investor Name: Cascade Funding Mortgage Trust - HB8 |
| Loan Number: ⬛⬛⬛ | FHA Case Number: |

| Transaction Date | Transaction Description | Principal Amount | Interest | MIP | Service Fee Amount | Corporate Advance Amount | Totals: |
|---|---|---|---|---|---|---|---|
| 5/12/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/11/2023 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $1,040.00 | $1,040.00 |
| 4/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $587.52 | $52.23 | $30.00 | $0.00 | $669.75 |
| 4/24/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($92.00) | $0.00 | $0.00 | ($92.00) |
| 4/14/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $584.54 | $51.96 | $30.00 | $0.00 | $666.50 |
| 3/22/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/3/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/28/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $581.43 | $51.68 | $30.00 | $0.00 | $663.11 |
| 2/27/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/21/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $578.97 | $51.46 | $30.00 | $0.00 | $660.43 |
| 1/27/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/25/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($51.26) | ($132.74) | $0.00 | ($184.00) |
| 12/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $576.67 | $51.26 | $30.00 | $0.00 | $657.93 |
| 12/27/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($51.07) | ($132.93) | $0.00 | ($184.00) |
| 11/30/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $574.51 | $51.07 | $30.00 | $0.00 | $655.58 |
| 11/23/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/23/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($101.40) | ($82.60) | $0.00 | ($184.00) |
| 10/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $571.71 | $50.82 | $30.00 | $0.00 | $652.53 |
| 10/27/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/11/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $569.12 | $50.58 | $30.00 | $0.00 | $649.70 |
| 9/16/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($50.41) | ($133.59) | $0.00 | ($184.00) |
| 9/12/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $567.09 | $50.41 | $30.00 | $0.00 | $647.50 |
| 8/30/2022 | Corp Adv - S305 - Hazard Insurance Repay | $0.00 | $0.00 | $0.00 | $0.00 | ($880.00) | ($880.00) |
| 8/23/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($50.27) | ($133.73) | $0.00 | ($184.00) |
| 8/12/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/2/2022 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $565.48 | $50.27 | $30.00 | $0.00 | $645.75 |
| 7/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($99.89) | ($268.11) | $0.00 | ($368.00) |
| 7/18/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/30/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 6/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $563.03 | $50.05 | $30.00 | $0.00 | $643.08 |
| 6/21/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 6/8/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $560.66 | $49.84 | $30.00 | $0.00 | $640.50 |
| 5/25/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($49.71) | ($134.29) | $0.00 | ($184.00) |
| 5/19/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/19/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 5/4/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 5/3/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/2/2022 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $880.00 | $880.00 |
| 4/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $559.34 | $49.71 | $30.00 | $0.00 | $639.05 |
| 4/27/2022 | Corp Adv - S310 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/27/2022 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/26/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($49.48) | ($318.52) | $0.00 | ($368.00) |



**PHH Mortgage Services**

**Loan Balance History**

**Report Description: Displays all the transactions for the selected loan**

| Loan Skey: ███ | Propery Address: 611 N 55TH ST, Philadelphia, PA, 19131 |
| Borrowers Last Name: BURTON | Investor Name: Cascade Funding Mortgage Trust - HB8 |
| Loan Number: ███ | FHA Case Number: |

| Date | Description | | | | | | |
|------|-------------|------|------|------|------|------|------|
| 3/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $556.64 | $49.48 | $30.00 | $0.00 | **$636.12** |
| 3/9/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($49.29) | ($134.71) | $0.00 | **($184.00)** |
| 2/28/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $554.53 | $49.29 | $30.00 | $0.00 | **$633.82** |
| 2/2/2022 | Loan Setup - Advances (Principal) | $9,971.23 | $0.00 | $0.00 | $0.00 | $0.00 | **$9,971.23** |
| 2/2/2022 | Loan Setup - Sch Payment (Principal) | $48,767.59 | $0.00 | $0.00 | $0.00 | $0.00 | **$48,767.59** |
| 2/2/2022 | Loan Setup - Interest Balance | $0.00 | $51,689.71 | $0.00 | $0.00 | $0.00 | **$51,689.71** |
| 2/2/2022 | Loan Setup - Service Fee Balance | $0.00 | $0.00 | $0.00 | $2,716.56 | $0.00 | **$2,716.56** |
| 2/2/2022 | Loan Setup - Property Charges Balance | $5,155.48 | $0.00 | $0.00 | $0.00 | $0.00 | **$5,155.48** |
| **Totals:** | | **$63,894.30** | **$60,240.95** | **$115.33** | **$1,695.34** | **$1,120.00** | **$127,065.92** |

| Transaction Date | Effective Date | Transaction Amount | Transaction Type | Transaction Type Description | Sub Transaction Type | Sub Transaction Type Description | Transaction Write's Source Note | Borrower Last Name | | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|

## PHH Mortgage Services

05/13/2023 02:34:40 AM

### Disbursement Detail Report

| | | |
|---|---|---|
| Servicer Name: **ALL** | Product Type: **ALL** | Disb. Type **ALL** |

| Servicer Name: | **ALL** | Product Type: | **ALL** | Disb. Type | **ALL** | Disb. Date: | **ALL** | Disb. Status: | **All** |
|---|---|---|---|---|---|---|---|---|---|
| Investor Name: | **ALL** | Pay Plan Type: | **ALL** | Reimbursable: | **Included** | Fund Req. Date: | **ALL** | ARM Type: | **ALL** |
| Investor Pool: | **ALL** | Transaction Type: | **ALL** | Voided: | **Included** | Voided Date: | **ALL** | Rate Index Type: | **ALL** |
| Loan Status: | **ALL** | Property State: | **ALL** | Cleared: | **Included** | Cleared Date: | **ALL** | | |
| Loan Sub-Status: | **ALL** | Created By: | **ALL** | Pymt Stopped: | **Included** | Process Date: | **ALL** | | |
| Loan Skey: | | Credit Type: | **ALL** | Check #: | **ALL** | Create Date: | **ALL** | | |

| Investor Pool | Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check / ACH # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Servicer Name: PHH Mortgage Services** | | | | | | | | | | | | | | | | | |
| **Investor Name: Cascade Funding Mortgage Trust - HB8** | | | | | | | | | | | | | | | | | |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | 1137342 | System Process | 04/26/2022 | 04/26/2022 | 04/27/2022 | $26.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | 1137342 | System Process | 04/26/2022 | 04/26/2022 | 04/27/2022 | $50.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | SWBC Insurance Services, Inc. | 1142967 | System Process | 04/27/2022 | 04/29/2022 | 05/02/2022 | $880.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Sourcepoint, Inc. | 1143671 | System Process | 04/28/2022 | 05/02/2022 | 05/03/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | 1144453 | System Process | 04/29/2022 | 05/03/2022 | 05/04/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | 1156171 | System Process | 05/11/2022 | 05/18/2022 | 05/19/2022 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | 1156255 | System Process | 05/16/2022 | 05/18/2022 | 05/19/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Sourcepoint, Inc. | 1169722 | System Process | 06/03/2022 | 06/07/2022 | 06/08/2022 | $55.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | 1177859 | System Process | 06/16/2022 | 06/20/2022 | 06/21/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | 1184780 | System Process | 06/27/2022 | 06/29/2022 | 06/30/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1195751 | System Process | 07/13/2022 | 07/15/2022 | 07/18/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | 1210033 | System Process | 08/01/2022 | 08/01/2022 | 08/02/2022 | $150.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1217347 | System Process | 08/09/2022 | 08/11/2022 | 08/12/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1234574 | System Process | 09/07/2022 | 09/09/2022 | 09/12/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1253330 | System Process | 10/06/2022 | 10/10/2022 | 10/11/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1262306 | System Process | 10/24/2022 | 10/26/2022 | 10/27/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1277893 | System Process | 11/18/2022 | 11/22/2022 | 11/23/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |

Page 1 of 2

# PHH Mortgage Services

## Disbursement Detail Report

05/13/2023 02:34:40 AM

| Servicer Name: | **ALL** | Product Type: | **ALL** | Disb. Type | **ALL** | Disb. Date: | **ALL** | Disb. Status: | **All** |
|---|---|---|---|---|---|---|---|---|---|
| Investor Name: | **ALL** | Pay Plan Type: | **ALL** | Reimbursable: | **Included** | Fund Req. Date: | **ALL** | ARM Type: | **ALL** |
| Investor Pool: | **ALL** | Transaction Type: | **ALL** | Voided: | **Included** | Voided Date: | **ALL** | Rate Index Type: | **ALL** |
| Loan Status: | **ALL** | Property State: | **ALL** | Cleared: | **Included** | Cleared Date: | **ALL** | | |
| Loan Sub-Status: | **ALL** | Created By: | **ALL** | Pymt Stopped: | **Included** | Process Date: | **ALL** | | |
| Loan Skey: | | Credit Type: | **ALL** | Check #: | **ALL** | Create Date: | **ALL** | | |

| Investor Pool | Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check / ACH # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursement Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Disbursed | Cleared | Voided | Reimb. | Stopped |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Sourcepoint, Inc. | 1280832 | System Process | 11/23/2022 | 11/29/2022 | 11/30/2022 | $75.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1296554 | System Process | 12/21/2022 | 12/23/2022 | 12/27/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1315143 | System Process | 01/24/2023 | 01/26/2023 | 01/27/2023 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | 1329737 | System Process | 02/13/2023 | 02/20/2023 | 02/21/2023 | $0.63 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | 1334062 | System Process | 02/17/2023 | 02/24/2023 | 02/27/2023 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1337530 | System Process | 02/28/2023 | 03/02/2023 | 03/03/2023 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | 1346948 | System Process | 03/17/2023 | 03/21/2023 | 03/22/2023 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Insureco Ins Agency | 1372706 | System Process | 05/08/2023 | 05/10/2023 | 05/11/2023 | $1,040.00 | ☑ | ☐ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - ACH | Guardian Asset Management (N) | 400011753 | System Process | 04/11/2023 | 04/13/2023 | 04/14/2023 | $20.00 | ☑ | ☐ | ☐ | ☐ | ☐ |
| Cascade Funding - 2022-HB8 | | | BNK/FCL | Line of Credit | Corporate Advance - ACH | Guardian Asset Management (N) | 400026058 | System Process | 05/09/2023 | 05/11/2023 | 05/12/2023 | $20.00 | ☑ | ☐ | ☐ | ☐ | ☐ |
| **Total for Investor: Cascade Funding Mortgage Trust - HB8** | | | | **Loan Count: 1** | | **Disbursement Count: 27** | | | | | | **$2,617.91** | **27** | **24** | **0** | **0** | **0** |
| **Total for Servicer: PHH Mortgage Services** | | | | **Loan Count: 1** | | **Disbursement Count: 27** | | | | | | **$2,617.91** | **27** | **24** | **0** | **0** | **0** |
| **Grand Total:** | | | | **Loan Count: 1** | | **Disbursement Count: 27** | | | | | | **$2,617.91** | **27** | **24** | **0** | **0** | **0** |

Alerts Included: **ALL**
Alerts Excluded: **None**



# PHH Mortgage Services

**Remittance Detail Report**

05/13/2023 02:35:37 AM

| Servicer Name: | ALL | Product Type: | ALL | Remit Create Date: | ALL |
|---|---|---|---|---|---|
| Investor Name: | ALL | Loan Status: | ALL | Remit. Created By: | ALL |
| Investor Pool: | ALL | Loan Sub-Status: | ALL | Remit. Effective Date: | ALL |
| Loan Channel: | ALL | Remit. Type: | ALL | Ref. Check #: | ALL |
| Loan Skey: | | Remit. Amount: | ALL | Remitted By: | ALL |
| Remit Trans. Types: | ALL | Remit Status: | ALL | Batch Skey: | ALL |
| | | | | Mail Room Batch #: | ALL |

| Loan Skey | Loan # | Loan Status | Loan Sub-Status | Batch Skey | Transaction Type | Effective Date | Remit Type | Remit Status | Remit Amount | Check Date | Reference Check # | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHH Mortgage Services  -  Cascade Funding Mortgage Trust - HB8  -  Cascade Funding - 2022-HB8** |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 02/28/2022 | Check | Active | $184.00 | 02/07/2022 | 3005943 | Nicole.Golston | 03/09/2022 01:29PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 04/25/2022 | Check | Active | $368.00 | 04/12/2022 | 3008653 | Shandrica.Hawkins | 04/26/2022 10:00AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 05/23/2022 | Check | Active | $184.00 | 05/11/2022 | 3010017 | Nicole.Golston | 05/25/2022 12:12PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 07/21/2022 | Check | Active | $368.00 | 07/12/2022 | 3012553 | Nicole.Golston | 07/22/2022 11:56AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 08/22/2022 | Check | Active | $184.00 | 08/16/2022 | 3013864 | Mary.St Julian | 08/23/2022 09:45AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Corp Adv - S305 - Hazard Insurance Repay | 08/30/2022 | ACH | Active | $880.00 | 08/30/2022 | M251506 | Nicole.Golston | 08/30/2022 02:22PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/16/2022 | Check | Active | $184.00 | 09/08/2022 | 3015023 | Mary.St Julian | 09/16/2022 02:56PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 11/21/2022 | Check | Active | $184.00 | 11/15/2022 | 3017475 | Mary.St Julian | 11/23/2022 09:59AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 12/20/2022 | Check | Active | $184.00 | 12/13/2022 | 3018738 | Raju.L | 12/22/2022 02:32PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 01/23/2023 | Check | Active | $184.00 | 01/10/2023 | 3019963 | Shashi Kant.Goswami | 01/25/2023 02:43PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 04/20/2023 | Check | Active | $92.00 | 04/12/2023 | 3023666 | Shashi Kant.Goswami | 04/24/2023 12:59PM |
| **Total for Cascade Funding - 2022-HB8** | | | | Loan Count: 1 | | | | Remit Transaction(s) Count: 11 | $2,996.00 | | | | |
| **Total for Cascade Funding Mortgage Trust - HB8** | | | | Loan Count: 1 | | | | **Remit Transaction(s) Count: 11** | $2,996.00 | | | | |
| **Grand Total:** | | | | **Loan Count: 1** | | | | **Remit Transaction(s) Count: 11** | $2,996.00 | | | | |

Alerts Included: **ALL**

Alerts Excluded: **NONE**

Created By:

Property Address                      611 N 55TH ST, Philadelphia, PA 19131

MCA                                   172.52 %

**Total Amount Due for Reinstatement** $ 4,079.48

**Reinstatement as of:**              05/13/2023 12:00 AM

**\*This amount will change when any new advance is made for taxes, insurance, and/or HOA/COA Dues.**

**Details/Breakdown**

| Corporate Advances | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 05/02/2022 | Corp Adv - S305 - Hazard Insurance | $ 880.00 |
| 05/11/2023 | Corp Adv - S305 - Hazard Insurance | $ 1,040.00 |
| **Total** | | **$ 1,920.00** |

| Remittances | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 03/09/2022 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 04/26/2022 | Part Repay - Transferred Prop Charges | ($ 368.00) |
| 05/25/2022 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 07/22/2022 | Part Repay - Transferred Prop Charges | ($ 368.00) |
| 08/23/2022 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 08/30/2022 | Corp Adv - S305 - Hazard Insurance Repay | ($ 880.00) |
| 09/16/2022 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 11/23/2022 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 12/22/2022 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 01/25/2023 | Part Repay - Transferred Prop Charges | ($ 184.00) |
| 04/24/2023 | Part Repay - Transferred Prop Charges | ($ 92.00) |
| **Total** | | **($ 2,996.00)** |

| Transfer Charges | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 05/12/2023 | Prior Servicer Property Charges | $ 5,155.48 |
| **Total** | | **$ 5,155.48** |



P.O. Box 24606
West Palm Beach, FL 33416

Statement Date:    May 02, 2023
Month Ending:    April 30, 2023

## Monthly Statement

SHIRLEY BURTON
611 N 55Th St
PHILADELPHIA, PA 19131

### *** THIS IS NOT A BILL ***

| Account Information | | *Credit Line Set Aside Information | |
|---|---|---|---|
| Pay Plan Type: | Line of Credit | Original Credit Line: | $0.00 |
| Funded Date: | 11/30/2009 | Current Gross Credit Line: | $0.00 |
| Loan #: | | Unsch. Credit Line Disb. Bal. (-): | $0.00 |
| Borrower: | SHIRLEY BURTON | Net Credit Line Set Aside (=): | **$0.00** |
| Property: | 611 N 55TH ST | | |
| | Philadelphia, PA 19131 | *Modified Term or Modified Tenure only* | |

| Interest Rates | | | | | Principal Limit Information | |
|---|---|---|---|---|---|---|
| ARM Type: Fixed | | Rate Index: No Index | | | Original Principal Limit: | $43,873.00 |
| | | | | | Current Principal Limit: | $111,983.16 |
| Month | Index | Margin | Int. Rate | (Index+Margin) | Loan Balance (-): | $125,945.92 |
| April | 5.625% | 0.000% | 5.625% | | Repair Set Aside (-): | $0.00 |
| May | 5.625% | 0.000% | 5.625% | | First Year Set Aside (-): | $0.00 |
| | | | | | Credit Line Set Aside (-): | $0.00 |
| | | | | | Life Expectancy Set Aside Amt (-): | $0.00 |
| | | | | | Servicing Fee Set Aside (-): | $3,889.78 |
| | | | | | Net Principal Limit (=): | **$0.00** |

| Interest Rate Information |
|---|
| **ANNUAL PERCENTAGE RATE (APR): 6.412%** |

| Loan Periodic Rates: | | Mortgage Insurance Premium (MIP) Periodic Rates: | | Finance Charge: | |
|---|---|---|---|---|---|
| Monthly Periodic Rate on Applicable Principal Balance: | 0.469% | MIP Monthly Periodic Rate on Applicable Principal Balance: | 0.042% | Periodic **Finance Charge:** | **$587.52** |
| Daily Periodic Rate on Applicable Advances or Payments: | 0.015% | MIP Daily Periodic Rate on Applicable Advances or Payments: | 0.001% | | |
| Corresponding APR: | 5.625% | Corresponding APR: | 0.500% | | |

| *Total Funds Available* | |
|---|---|
| Net Credit Line Set Aside + Net Principal Limit = | **$0.00** |

If you have any questions or would like further information on your reverse mortgage, please call our Customer Service Support Team at the number shown below. They are available to assist you Monday - Thursday 8:00 AM to 8:00 PM Eastern Time & Friday 8:00 AM to 7:00 PM Eastern Time.

P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 1 of 4

**PHH**
**MORTGAGE**

P.O. Box 24606
West Palm Beach, FL 33416

Statement Date: May 02, 2023
Month Ending:    April 30, 2023

## Loan Balance Activity

| | Current Month | Year To Date |
|---|---|---|
| Previous Loan Balance: | $125,368.17 | $123,562.13 |
| Loan Advance / Scheduled Payment (if applicable): | $0.00 | $0.00 |
| Loan Advance / Unscheduled Disbursements (if applicable): | $0.00 | $0.00 |
| Repair Set Aside Disbursements: | $0.00 | $0.00 |
| Taxes Paid: | $0.00 | $0.00 |
| Insurance Paid: | $0.00 | $0.00 |
| Other Property Charges: | $0.00 | $0.00 |
| Interest **(Finance Charge)**: | $587.52 | $2,332.46 |
| MIP **(Finance Charge)**: paid to HUD: | $52.23 | $207.33 |
| Monthly Servicing Fee **(Finance Charge)**: | $30.00 | $120.00 |
| Change of Plan Fee/Misc. **(Finance Charge)**: | $0.00 | $0.00 |
| Repayments (See Transaction Information): | ($92.00) | ($276.00) |
| *Total Balance Activity:* | *$577.75* | *$2,383.79* |
| Closing Loan Balance as of April 30, 2023: | **$125,945.92** | **$125,945.92** |
| * Corporate Advance (not part of Loan Balance): | $0.00 | $0.00 |

## Transaction Information

| Transaction Date | Effective Date | Transaction Description | Principal Advances | Interest | MIP | Servicing Fee | Cumulative Loan Advances this Month | *Corporate Advance (not part of Loan Balance) |
|---|---|---|---|---|---|---|---|---|
| 4/24/2023 | 4/20/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($92.00) | $0.00 | ($92.00) | $0.00 |
| 4/30/2023 | 4/30/2023 | Monthly Interest, MIP Accrual & SF | $0.00 | $587.52 | $52.23 | $30.00 | $577.75 | $0.00 |
| **Grand Total:** | | | **$0.00** | **$587.52** | **($39.77)** | **$30.00** | **$577.75** | **$0.00** |

*(Int) Interest - (MIP) Mortgage Insurance Premium - (SF) Servicing Fee - (Disb) Advance Disbursement - (Part Repay) Partial Repayment*

## Important Information

**Designated Address for Qualified Written Requests, Notices of Error and Requests for Information.**
PHH Mortgage Corporation has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: P.O. Box 24645, West Palm Beach, FL 33416.

P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 2 of 4



P.O. Box 24606
West Palm Beach, FL 33416

Statement Date: May 02, 2023
Month Ending:    April 30, 2023

**A. ANNUAL PERCENTAGE RATE (APR)**
The ANNUAL PERCENTAGE RATE for the interest portion of your FINANCE CHARGE may increase or decrease annually based upon  changes in  the ("Index").
Therefore, the monthly and daily periodic rates relating to the interest portion of your FINANCE CHARGE may vary.  To determine the ANNUAL PERCENTAGE RATE that
will apply to your  Account, we add a margin to the value of the Index, subject to certain rate limitations as provided in your Reverse Mortgage Note.

The corresponding annual percentage rate for the interest portion of the FINANCE CHARGE does not include costs other than interest. The historical ANNUAL
PERCENTAGE RATE includes interest and all other FINANCE CHARGES that relate to your loan.

**B. FINANCE CHARGES**
Each advance or payment made to you or on your behalf under your Reverse Mortgage will be subject to a FINANCE CHARGE beginning on the day after each advance or
payment is made.  A FINANCE CHARGE will continue to be assessed on your Reverse Mortgage until the entire outstanding balance and all fees due under the Notes,
Security Instruments and Loan Agreement are paid.

**C. INTEREST**
The interest portion of the FINANCE CHARGE on your Account is computed by (i) calculating the FINANCE CHARGE on the balance existing at the beginning of each
month, which includes any payments or credits applied to your loan during the previous month, (ii) calculating the FINANCE CHARGE on each advance, payment or credit
made to you or on your behalf during the month, and then (iii) adding all of these sums together, as follows:

We start with the outstanding principal balance on your Account at the beginning of each month, which includes FINANCE CHARGES from the previous month (the
"Previous Loan Balance").  At the end of each month, we multiply the Previous Loan Balance by the then-current ANNUAL PERCENTAGE RATE divided by 12 (the "Monthly
Periodic Rate").

At the end of each month in which any advances (also known as disbursements and labeled as "Disb" on this statement) or payments have been made to you or on your
behalf, we multiply the amount of the advance or payment by the number of days remaining in the month after that advance or payment was made (not including the day the
advance was made) and then multiply this amount by the then-current ANNUAL PERCENTAGE RATE divided by 365 (the "Daily Periodic Rate").  This calculation is
repeated for each advance or payment made to you or on your behalf during the month.

The sum of the final result of these calculations equals the interest portion of your FINANCE CHARGE for the month.

**D. MORTGAGE INSURANCE PREMIUMS (MIP)**
In addition, mortgage insurance premiums ("MIP"), which are a FINANCE CHARGE, are computed by as follows:

At the end of each month, we multiply the lesser of the Previous Loan Balance or the maximum balance on which HUD requires MIP to be paid to it by your MIP rate divided
by 12 (the "MIP Monthly Period Rate").  At the end of each month in which any advances (also known as disbursements and labeled as "Disb" on this statement) or
payments have been made to you or on your behalf, we multiply the amount of the advance or payment (other than any advance or payment that exceeds the maximum
advances or payments on which HUD requires MIP to be paid) by the number of days remaining in the month after that advance or payment was made (not including the day
the advance was made), and then multiply this amount by your MIP rate divided by 365 (the "MIP Daily Periodic Rate").  This calculation is repeated for each advance or
payment made to you or on your behalf during the month.

The sum of the final result of these calculations equals the mortgage insurance portion of your FINANCE CHARGE for the month.

**E. CALCULATION OF BALANCES**
The "Principal Limit Information" section on the front of the monthly statement shows your "Original Principal Limit" and your "Net Principal Limit" which includes any "Set
Asides".  The "Loan Balance" section on page 2 of this monthly statement shows your prior month's Previous Loan Balance and your current month's Closing Loan Balance,
which includes the current month's activity. If you would like to determine your payoff balance or if you have any questions on this monthly statement, please call the
telephone number listed on the bottom of this monthly statement.

**F. OTHER INFORMATION**
We compute the interest and other fees assessed on your loan monthly.  This information is available on page 2 of this monthly statement each month.  This monthly
statement indicates both the current month and year to date interest and other fees.  If you repay all or a portion of your loan balance and the annual interest paid due to a
repayment exceeds $600, a separate IRS Form 1098 will be mailed to you by January 31st. Interest accrued on this loan, other than repayments, will not be reported to the
IRS until the loan is paid in full.

**G. BILLING RIGHTS SUMMARY**
In case of errors or questions about your loan monthly statement, you will need to contact us as follows:

If you think your monthly statement is wrong or you need more information about a transaction on your monthly statement, write us at Reverse Mortgage Service Center,
Attn: Billing Department, P.O. Box 24606, West Palm Beach, FL 33416.  Write to us as soon as possible.  We must hear from you no later than 60 days after we send you
the FIRST monthly statement on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.  In your letter, give us the following
information:
    1. Your name and loan number
    2. The dollar amount of the suspected error
    3. Describe the suspected error and explain, if you can, why you believe there is an error

P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 3 of 4



Statement Date: May 02, 2023
Month Ending:   April 30, 2023

We will acknowledge your letter within 30 days.  Within 90 days, we will either correct the error or explain why we believe the monthly statement was correct.  If we determine the monthly statement was not correct, we will credit the disputed amount along with any associated interest charges.  While under investigation, you will continue to see the disputed amount on your monthly statement; however, you do not have to pay any disputed amount or the interest charges that apply to it.  Even though payments are not required on a reverse mortgage, by law, you are still required to meet all obligations as outlined in your Notes, Security Instruments and Loan Agreement.  This includes paying your property taxes and insurance premiums.

As specified above at the beginning of the section entitled Important Information, your servicer has designated the following address as the designated address where mortgage loan customers must send any Qualified Written Requests, Notices of Error or Requests for Information: P.O. Box 24645, West Palm Beach, FL 33416.

**H. CREDIT INFORMATION**
Regular monthly installment payments are not required on this loan unless you have a repayment plan for a delinquent account. However, you have the obligation to pay your property taxes and insurance premiums. The loan must be repaid in full in one payment if your loan has been called "Due and Payable". Payments may be made by check, money order or wired funds, payable in U.S. Dollars. Do not send cash. Payments must be mailed to the address listed on the bottom of this monthly statement. Payments are allocated as described in your Note.

P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 4 of 4

| Fill in this information to identify the case: |
|---|
| Debtor 1    SHIRLEY BURTON |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania |
| Case number 19-14289-amc |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Mortgage Assets Management, LLC          **Court claim no.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 3696

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 05/24/2023

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | 03/12/2024 | (9) | $ 1,128.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1    SHIRLEY BURTON                          Case number *(if known)* 19-14289-amc
           First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Matthew Fissel                              Date 07/26/2024
   Signature

**Print:** Matthew Fissel (314567)                Title Attorney
         First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
         Number    Street

         Winston-Salem, NC 27103
         City    State    ZIP Code

Contact phone  844-856-6646                        Email PABKR@brockandscott.com

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SHIRLEY BURTON | Case No. 19-14289-amc<br>Chapter 13 |
| MORTGAGE ASSETS MANAGEMENT, LLC,<br><br>     Movant<br><br>vs.<br><br>SHIRLEY BURTON ,<br>     Debtor | |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Peter D Schneider, Debtor's Attorney
1424 Chestnut Street
Philadelphia, PA 19102
pschneider@clsphila.org


Kenneth E. West, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via First Class Mail:

Shirley Burton
611 N 55th St
Philadelphia, PA 19131


Date: <u>July 26, 2024</u>

<div align="right">

*/s/* Matthew Fissel

Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>


**PHH Mortgage Services**

**Loan Balance History**

**Report Description: Displays all the transactions for the selected loan**

| | |
|---|---|
| Loan Skey: | Propery Address: 611 N 55TH ST, Philadelphia, PA, 19131 |
| Borrowers Last Name: BURTON | Investor Name: Cascade Funding Mortgage Trust - HB8 |
| Loan Number: | FHA Case Number: |

| Transaction Date | Transaction Description | Principal Amount | Interest | MIP | Service Fee Amount | Corporate Advance Amount | Totals: |
|---|---|---|---|---|---|---|---|
| 5/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $614.61 | $54.64 | $30.00 | $0.00 | $699.25 |
| 5/20/2024 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($31.48) | $0.00 | $0.00 | ($31.48) |
| 5/20/2024 | Corp Adv - S305 - Hazard Insurance Repay | $0.00 | $0.00 | $0.00 | $0.00 | ($148.52) | ($148.52) |
| 5/6/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/30/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $611.88 | $54.39 | $30.00 | $0.00 | $696.27 |
| 4/17/2024 | Part Repay - Transferred Prop Charges | $0.00 | ($95.82) | ($54.18) | ($30.00) | $0.00 | ($180.00) |
| 4/9/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $609.47 | $54.18 | $30.00 | $0.00 | $693.65 |
| 3/18/2024 | Part Repay - Transferred Prop Charges | $0.00 | ($96.03) | ($53.97) | ($30.00) | $0.00 | ($180.00) |
| 3/14/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/12/2024 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $1,128.00 | $1,128.00 |
| 2/29/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $607.19 | $53.97 | $30.00 | $0.00 | $691.16 |
| 2/22/2024 | Part Repay - Transferred Prop Charges | $0.00 | ($90.72) | ($53.76) | ($35.52) | $0.00 | ($180.00) |
| 2/9/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $604.80 | $53.76 | $30.00 | $0.00 | $688.56 |
| 1/24/2024 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | $0.00 | ($180.00) | $0.00 | ($180.00) |
| 1/16/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/2/2024 | Auto-Adjust Int Mip SF | $0.00 | ($0.06) | $0.00 | $0.00 | $0.00 | ($0.06) |
| 1/2/2024 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($106.96) | ($73.04) | $0.00 | ($180.00) |
| 12/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $602.68 | $53.57 | $30.00 | $0.00 | $686.25 |
| 12/22/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $600.61 | $53.39 | $30.00 | $0.00 | $684.00 |
| 11/20/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($106.09) | ($253.91) | $0.00 | ($360.00) |
| 11/17/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $597.97 | $53.15 | $30.00 | $0.00 | $681.12 |
| 10/20/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $595.51 | $52.94 | $30.00 | $0.00 | $678.45 |
| 9/26/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($52.71) | ($131.29) | $0.00 | ($184.00) |
| 9/25/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/12/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $593.06 | $52.71 | $30.00 | $0.00 | $675.77 |
| 8/22/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($52.51) | ($131.49) | $0.00 | ($184.00) |
| 8/16/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $590.77 | $52.51 | $30.00 | $0.00 | $673.28 |
| 7/24/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($52.32) | ($131.68) | $0.00 | ($184.00) |
| 7/11/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $588.51 | $52.32 | $30.00 | $0.00 | $670.83 |
| 6/23/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($52.26) | ($131.74) | $0.00 | ($184.00) |
| 6/14/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/9/2023 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $587.87 | $52.26 | $30.00 | $0.00 | $670.13 |
| 5/17/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($115.33) | ($896.67) | $0.00 | ($1,012.00) |
| 5/12/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/11/2023 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $1,040.00 | $1,040.00 |
| 4/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $587.52 | $52.23 | $30.00 | $0.00 | $669.75 |
| 4/24/2023 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($92.00) | $0.00 | $0.00 | ($92.00) |
| 4/14/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $584.54 | $51.96 | $30.00 | $0.00 | $666.50 |
| 3/22/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/3/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**PHH Mortgage Services**

**Loan Balance History**

User: svc_Figuered0n  Run Time: 6/3/2024 10:25:40 AM
Loan Skey: [REDACTED]  Good Through Date: 6/3/2024 12:00:00 AM

Report Description: Displays all the transactions for the selected loan

Loan Skey: [REDACTED]
Borrowers Last Name: BURTON
Loan Number: [REDACTED]

Propery Address: 611 N 55TH ST, Philadelphia, PA, 19131
Investor Name: Cascade Funding Mortgage Trust - HB8
FHA Case Number:

| Date | Description | | | | | | Total |
|---|---|---|---|---|---|---|---|
| 2/28/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $581.43 | $51.68 | $30.00 | $0.00 | **$663.11** |
| 2/27/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/21/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 1/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $578.97 | $51.46 | $30.00 | $0.00 | **$660.43** |
| 1/27/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 1/25/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($51.26) | ($132.74) | $0.00 | **($184.00)** |
| 12/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $576.67 | $51.26 | $30.00 | $0.00 | **$657.93** |
| 12/27/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($51.07) | ($132.93) | $0.00 | **($184.00)** |
| 11/30/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $574.51 | $51.07 | $30.00 | $0.00 | **$655.58** |
| 11/23/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/23/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($101.40) | ($82.60) | $0.00 | **($184.00)** |
| 10/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $571.71 | $50.82 | $30.00 | $0.00 | **$652.53** |
| 10/27/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 10/11/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 9/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $569.12 | $50.58 | $30.00 | $0.00 | **$649.70** |
| 9/16/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($50.41) | ($133.59) | $0.00 | **($184.00)** |
| 9/12/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $567.09 | $50.41 | $30.00 | $0.00 | **$647.50** |
| 8/30/2022 | Corp Adv - S305 - Hazard Insurance Repay | $0.00 | $0.00 | $0.00 | $0.00 | ($880.00) | **($880.00)** |
| 8/23/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($50.27) | ($133.73) | $0.00 | **($184.00)** |
| 8/12/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/2/2022 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $565.48 | $50.27 | $30.00 | $0.00 | **$645.75** |
| 7/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($99.89) | ($268.11) | $0.00 | **($368.00)** |
| 7/18/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 6/30/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 6/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $563.03 | $50.05 | $30.00 | $0.00 | **$643.08** |
| 6/21/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 6/8/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $560.66 | $49.84 | $30.00 | $0.00 | **$640.50** |
| 5/25/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($49.71) | ($134.29) | $0.00 | **($184.00)** |
| 5/19/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/19/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 5/4/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 5/3/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/2/2022 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $880.00 | **$880.00** |
| 4/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $559.34 | $49.71 | $30.00 | $0.00 | **$639.05** |
| 4/27/2022 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/27/2022 | Corp Adv - S310 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/26/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($49.48) | ($318.52) | $0.00 | **($368.00)** |
| 3/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $556.64 | $49.48 | $30.00 | $0.00 | **$636.12** |
| 3/9/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($49.29) | ($134.71) | $0.00 | **($184.00)** |
| 2/28/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $554.53 | $49.29 | $30.00 | $0.00 | **$633.82** |
| 2/2/2022 | Loan Setup - Advances (Principal) | $9,971.23 | $0.00 | $0.00 | $0.00 | $0.00 | **$9,971.23** |
| 2/2/2022 | Loan Setup - Sch Payment (Principal) | $48,767.59 | $0.00 | $0.00 | $0.00 | $0.00 | **$48,767.59** |
| 2/2/2022 | Loan Setup - Interest Balance | $0.00 | $51,689.71 | $0.00 | $0.00 | $0.00 | **$51,689.71** |
| 2/2/2022 | Loan Setup - Service Fee Balance | $0.00 | $0.00 | $0.00 | $2,716.56 | $0.00 | **$2,716.56** |
| 2/2/2022 | Loan Setup - Property Charges Balance | $5,155.48 | $0.00 | $0.00 | $0.00 | $0.00 | **$5,155.48** |
| **Totals:** | | **$63,894.30** | **$67,763.25** | **$77.55** | **$60.00** | **$2,099.48** | **$133,894.58** |